M. AZHAR ASADI, ESQ. (SBN 257004)
THE LAW OFFICES OF M. AZHAR ASADI
9777 Wilshire Boulevard, Suite 700
Beverly Hills, CA 90212
Phone: 310-777-6500
Fax: 310-777-6900
Attorney for Plaintiffs Bijan Raphael and Tikva Nemani

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIJAN RAPHAEL AND TIKVA NEMANI,<br><br>        Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a corporation; and DOES 1 to 50, inclusive,<br><br>        Defendants. | CASE NO. 2:15-cv-07545-FMO-FFMx<br><br>Hon. Fernando M. Olguin, Judge<br><br>**NOTICE OF DISMISSAL *WITH PREJUDICE* PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD, THE CLERK OF THE COURT, AND THE HONORABLE COURT:**

    **PLEASE TAKE NOTICE** that Plaintiffs Bijan Raphael and Tikva Nemani ("Plaintiffs") hereby dismiss all causes of action against Defendant Bank of America, N.A. pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

    Plaintiffs' dismissal of this action is intended to be ***with prejudice.***

///

///

---

NOTICE OF DISMISSAL *WITH PREJUDICE*

1 | DATED: March 24, 2016       Respectfully submitted,

           By:     */s/ M. Azhar Asadi*
                   M. Azhar Asadi, Esq.
                   Attorney for Plaintiffs
                   Bijan Raphael and Tikva Nemani

2
NOTICE OF DISMISSAL *WITH PREJUDICE*